

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| MITCHELL EDWARD TEMPLETON, JR., | § | No. 08-16-00018-CR |
| | § | Appeal from the |
| Appellant, | § | 34th District Court |
| v. | § | of El Paso County, Texas |
| THE STATE OF TEXAS, | § | (TC# 20120D05281) |
| State. | § | |
| | § | |

## O R D E R

On June 6, 2016, the Court received and filed the supplemental clerk's record as requested in its order issued June 3, 2016. The appeal is therefore reinstated and the Appellant's brief is now due July 8, 2016.

IT IS SO ORDERED this 8th day of June, 2016.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.